IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00504-AP

JAMES E. FRYER,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Rick P. Sauer | TROY A. EID |
| 700 Macon Avenue | United States Attorney |
| Canon City, CO 81212 | |
| Telephone: (719) 275-7591 | KEVIN TRASKOS |
| E-mail: rps@bresnan.net | Deputy Chief, Civil Division |
| Attorney for Plaintiff | United States Attorney's Office |
| | District of Colorado |
| | 303-454-0184 |
| | kevin.traskos@usdoj.gov |
| | |
| | STEPHANIE LYNN F. KILEY |
| | Special Assistant United States Attorney |
| | Office of the General Counsel, |
| | Social Security Administration |
| | 1961 Stout Street, Suite 1001A |
| | Denver, CO 80294 |
| | Telephone: (303) 844-0815 |
| | Stephanie.Fishkin.Kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** March 11, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** March 27, 2008

**C. Date Answer and Administrative Record Were Filed:** June 19, 2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7. OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully respect briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

**A. Plaintiffs Opening Brief Due:** September 8, 2008

B.  **Defendant's Response Brief Due:** October 8, 2008

C.  **Plaintiffs Reply Brief (If Any) Due:** October 23, 2008

**9. STATEMENT REGARDING ORAL ARGUMENT**

The parties do not request oral argument.

**10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

**11.  OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 10th day of July, 2008.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/_____<br><br>Rick Sauer<br>700 Macon Avenue<br>Canon City, CO 81212<br>(719) 275-7591<br>E-mail: rps@bresnan.net | TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>kevin.traskos@usdoj.gov<br><br>By: s/Stephanie F. Kiley 06/30/2008<br>Stephanie F. Kiley<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0815<br>Stephanie.Fishkin.Kiley@ssa.gov<br>Attorneys for Defendant. |