IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-00504-MSK

JAMES E. FRYER,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

**ORDER GRANTING PLAINTIFF'S SUPPLEMENTAL STIPULATED MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

THIS MATTER having come before the Court upon Plaintiff's Stipulated Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act **(#30)**, and additionally the Parties having filed a Joint Supplement to the Motion for EAJA Fees **(#33)**,

**IT IS THEREFORE ORDERED** that the motions at **(#30)** and **(#33)** are **GRANTED**. EAJA fees in the amount of $5,550.00 shall be paid by Respondents to counsel for Plaintiff, Rick P. Sauer, at 700 Macon Avenue, Canon City, Colorado 81212 pursuant to the Assignment of EAJA fees signed by the Plaintiff and approved as to form by counsel for the Respondents. It is

**FURTHER ORDERED** that the Clerk shall terminate the document at docket entry #34 as it is a proposed order, not a motion.

DATED this 19th day of June, 2009.

                      **BY THE COURT:**

                      *Marcia S. Krieger*

                      Marcia S. Krieger
                      United States District Judge